# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2012

143990

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

CHARLES EDWARD HOUSTON,
       Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143990
COA: 305335
Kent CC: 02-008234-FC

On order of the Court, the application for leave to appeal the September 13, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2012

_____
Clerk

t0416